IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AGAPITO FLORES, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. C-07-52 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**O R D E R**

Came on this day to be considered Respondent Quarterman's First Motion for Extension of Time to File Answer with Brief in Support, and this Court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

IT IS ORDERED that Respondent's motion for an extension of time be **GRANTED**, and that Respondent's time for filing an answer in this cause is extended up to and including **June 26, 2007**.

SIGNED on this 6th day of June, 2007.

                            B. JANICE ELLINGTON
                            UNITED STATES MAGISTRATE JUDGE